UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00030-FDW

| | | |
|---|---|---|
| KARAN STILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Plaintiff Karan Still's Motion for Attorney's Fees Pursuant to Equal Access to Justice Act (the "Motion"). (Doc. No. 21). On November 29, 2017, Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the case for further administrative proceedings. (Doc. No. 18). The Court granted the motion, reversed the Commissioner's decision, and remanded the case to the Commissioner for further proceedings. (Doc. No. 19). On February 26, 2018, Plaintiff moved for fees, costs, and expenses totaling $3,194.00, pursuant to the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(2). The Commissioner consents to the Motion.

The Court hereby GRANTS the Motion (Doc. No. 21) and directs the Commissioner to pay Plaintiff $3,194.00 in full and final settlement of attorney's fees and costs arising under EAJA. 28 U.S.C. § 2412(d). In accordance with Plaintiff's corresponding consent motion, full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a

debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

Signed: March 5, 2018

Frank D. Whitney
Chief United States District Judge